■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TEDDY O. ABUE, Appellant. [890 NYS2d 832]—Garry, J.

During the pendency of the appeal, defendant was physically deported. While his counsel urges that the matter proceed for a determination of the merits, it is more appropriate to dismiss the appeal without prejudice to a motion by defendant for reinstatement of the appeal should he return to this Court's jurisdiction (*see People v Diaz*, 7 NY3d 831, 832 [2006]; *People v McFee*, 61 AD3d 1000, 1000 [2009], *lv denied* 13 NY3d 798 [2009]).

Mercure, J.P., Kavanagh, Stein and McCarthy, JJ., concur. Ordered that the appeal is dismissed, without prejudice to a motion to reinstate the appeal should defendant return to this Court's jurisdiction.